**544**

COMMONWEALTH of Pennsylvania, Appellee,

v.

Karl G. LONG, Appellant.

Supreme Court of Pennsylvania.

Argued March 4, 2003.

Decided March 24, 2003.

William John McCabe, Greensburg, Caroline M. Roberto, Pittsburgh, for Karl G. Long.

John W. Peck, Greensburg, for Commonwealth of Pennsylvania.

Before CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

### ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.